Craig A. Brand, Esq.

Mystic Law P.A.

6411 S. Jamaica Circle

Englewood, Colorado 80111

Florida Bar No. 896111

*Pro Hac Vice* Granted 12/9/2019

Case No. 2:19-PH-99912 (Doc. 67)

Telephone: (305) 878-1477

E-mail: Craig@ganjalaw.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| WILLIAM BRILL, an Individual; JON CORBISEZ, an Individual; and WILLIAM BRILL and JON CORBISEZ, on behalf of UNITED GLOBAL PARTNERS, LLC, an Arizona Limited Liability Company, | CASE NO.: 2:19-cv-05844-SPL |
| Plaintiffs, | PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS COMPLAINT |
| v. | |
| NICHOLAS ANDREWS, an Individual; DAVID PROM, an Individual; USA BIOENERGY LLC., an Arizona Limited Liability Company; and NICHOLAS ANDREWS, INC., an Arizona Corporation d/b/a NB ANDREWS AND ASSOCIATES, | |
| Defendants. | |
| _____/ | |

Page **1** of **3**

Plaintiffs, WILLIAM BRILL, and Individual and JON CORBISEZ, an Individual, by and through their undersigned counsel, hereby concur with the cases and arguments contained in Defendants' Motion to Dismiss the Complaint for lack of subject matter jurisdiction, as the claim under the federal declaratory judgment act is properly a claim for supplemental relief. Plaintiffs are simultaneously filing herewith their Motion for leave to File an Amended Complaint with an attachment complying with LRCiv 15.1(a).

Wherefore, Plaintiffs, WILLIAM BRILL and JON CORBISEZ, pray that upon granting the Defendants' Motion to Dismiss (ECF 13), this Court will grant Plaintiffs' contemporaneously filed Motion for Leave to File Amended Complaint.

Dated March 20, 2020.

Respectfully submitted,

S/ CRAIG A. BRAND
Craig A. Brand, Esq.
Mystic Law P.A.
6411 S. Jamaica Circle
Englewood, Colorado 80111
Telephone: (305) 878-1477
E-mail: Craig@ganjalaw.com
Attorney for Plaintiffs

A copy of the foregoing transmitted via the Court's electronic filing system this 20th day of March, 2020 to:

Josh G. Funkhouser, Esq.

Davidson & Kaffer, PLLC
Attorneys for Defendants
8700 E. Pinnacle Peak Road, Suite 221
P.O. Box 27500
Scottsdale, Arizona 85255

S/ CRAIG A. BRAND
Craig A. Brand, Esq.