**DAVIDSON & KAFFER, PLLC**
**8700 E. Pinnacle Peak Road, Suite 221**
**P.O. Box 27500**
**Scottsdale, Arizona 85255**
**Telephone:   (480) 585-3100**
**Facsimile:  (480) 585-8585**
Frederick E. Davidson - State Bar No. 013199
Chad R. Kaffer - State Bar No. 022909
Josh G. Funkhouser - State Bar No. 032900
FED@davidsonlaw.net
*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William Brill, an individual; Jon Corbisez, an individual; and William Brill and Jon Corbisez on behalf of United Global Partners, LLC, an Arizona limited liability company, )  )  )  )  ) | Case No.: **2:19-cv-05844-SPL** |
| Plaintiffs, ) )  ) | **DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS** |
| v. )  ) | |
| Nicholas Andrews, an individual; David Prom, an individual; USA Bioenergy LLC., an Arizona limited liability Company; Nicholas Andrews, Inc., an Arizona corporation d/b/a NB Andrews and Associates, )  )  )  )  ) | |
| Defendants. )  )  ) | |

Defendants Nicholas Andrews, David Prom, USA Bioenergy LLC., and Nicholas Andrews, Inc. d/b/a NB Andrews and Associates ("Defendants") hereby Reply in support of Defendants' Motion to Dismiss (Doc. No. 13) ("Defendants' Motion") filed herein on February 28, 2020.  Defendants appreciate Plaintiffs' recognition that Plaintiffs' Verified Complaint (Doc. No. 1) ("Plaintiffs' Verified Complaint) filed herein on December 17, 2019 does not confer

jurisdiction upon the Court and that, therefore, Plaintiffs' Verified Complaint should be dismissed.  Accordingly, Defendants request that the Court dismiss Plaintiffs' Verified Complaint.

Moreover, for the reasons set forth in Defendants' Response to Motion for Leave to File Amended Complaint filed contemporaneously herewith, which is hereby incorporated by this reference as if fully restated herein, and in which Defendants argue that granting Plaintiffs William Brill's and Jon Corbisez' Motion for Leave to File Amended Complaint (Doc. No. 19) ("Plaintiffs' Motion to Amend") would be futile, Defendants request that the Court deny Plaintiffs' Motion to Amend.

DATED this 3rd day of April, 2020.

By:    /s/ Josh G. Funkhouser, Bar No. 032900

**DAVIDSON & KAFFER, PLLC**
*Attorneys for Defendants*
8700 E. Pinnacle Peak Road, Suite 221
P.O. Box 27500
Scottsdale, Arizona 85255
Tel. (480) 585-3100
Fax (480) 585-8585
Frederick E. Davidson, Esq.
Chad R. Kaffer, Esq.
Josh G. Funkhouser, Esq.

A copy of the foregoing transmitted via the Court's electronic filing system this 3rd day of April, 2020 to:

Craig A. Brand, Esq.
MYSTIC LAW P.A.
6411 South Jamaica Circle
Englewood, Colorado 80111

/s/ Josh G. Funkhouser

*BRILL et al v. ANDREWS, et al* - Defendants' Reply In Support of Motion to Dismiss